Irene Kriza v. appellee, v. Edward H. Fagan, appellant. Gen. No. 39,257.

Heard in the third division of this court for the first district at the December term, 1936. Opinion filed June 30, 1937.

George C. Bliss, for appellant. Karlin, Cohen & Rubenstein, for appellee; Joseph J. Karlin and Lester Cohen, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

David Miller, appellee, v. Jacob Gomberg, appellant. Gen. No. 39,272.

Heard in the third division of this court for the first district at the December term, 1936. Opinion filed June 30, 1937.

Harry P. Bovshaw, for appellant. No appearance for appellee.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

Max Feldgreber et al., appellants, v. Liberty Trust and Savings Bank et al., defendants, and Liberty National Bank of Chicago, appellee. Gen. No. 38,960.

Heard in the third division of this court for the first district at the June term, 1936. Opinion filed June 30, 1937.

Yale & Yale, for appellants; Bernard Yale, of counsel. Wilhartz, Hirsch & Schanfarber, for appellees Liberty Nat. Bank of Chicago and Jack A. Diamond; J. S. Greenberg and Carl S. Goodman, of counsel.

Mr. Justice Hall delivered the opinion of the court.